1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

STEVE ANDERSON,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.

CASE NO. 3:16-CV-05409-DWC

ORDER ON UNOPPOSED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES

11
12
13
14
15
16

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge

and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7.

This matter is before the Court on Plaintiff's "Motion for EAJA Attorney's Fees." Dkt. 22.

Defendant has no objection to Plaintiff's motion. Dkt. 26.

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's

motion (Dkt. 22), the attorney time itemization (Dkt. 22-1), Plaintiff's Memorandum of Law in

Support of Motion for Attorney's Fees (Dkt. 23), the Plaintiff's declaration (Dkt. 24), the

attorney declaration (Dkt. 25) and the relevant record, the Court orders EAJA attorney's fees of

1   $5,973.08 ("EAJA Award"), be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97

2   (2010).

3         The Acting Commissioner shall contact the Department of Treasury after this Order is

4   entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

5   Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the

6   government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly

7   to D. James Tree, Plaintiff's counsel. If there is an offset, any remainder shall be made payable

8   to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices,

9   and the check shall be mailed to Plaintiff's counsel, D. James Tree at Tree Law Office, 3711

10   Englewood Avenue, Yakima, WA 98902.

11         Dated this 10th day of April, 2017.

12

13

14

                                  David W. Christel
                                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24